# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133555

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

GORDON MICHAEL ZIEGLER,
Defendant-Appellant.

SC: 133555
COA: 263169
Kent CC: 04-000258-FH,
04-000605-FH, 04-000606-FH,
04-000764-FH

_____/

On order of the Court, the application for leave to appeal the February 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

t0723